IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| DILYS E. BLAIR-BAIN, | ) | |
| | ) | |
| Plaintiff, | ) | CV-07-501-KI |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| MICHAEL J. ASTRUE | ) | |
| | ) | |
| Defendant | ) | |

Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is affirmed and this case is dismissed.

Dated this     18th     day of March, 2008.

      /s/ Garr M. King
      Garr M. King
      United States District Judge

1 - JUDGMENT